Patricia Hadfield
Nevada  SBN: 10890
BANKRUPTCY LAW GROUP, PC
200 South Virginia Street, 8th Floor
Reno, NV 89501
Ph: (775) 827-9600
E-mail: PatriciaH@BankruptcyLG.com

Attorney for Debtor:
DEBORAH DUMLAO

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| In re:<br><br>DEBORAH DUMLAO,<br><br><br><br><br><br><br>Debtor(s) | BK-09-50815<br><br>Chapter 7<br><br>DEBTOR'S MOTION TO REDEEM<br><br>[11 U.S.C. 722]<br><br>Hearing Date:   January 8, 2014<br>Hearing Time:  10:00 a.m.<br>Place:  C. Clifton Federal Building<br>300 Booth Street, 5th Floor<br>Reno, NV  89509 |

**MOTION TO REDEEM PROPERTY**

Debtor hereby moves the Court, pursuant to 11 U.S.C. § 722 of the Bankruptcy Code, for an order permitting the debtor to redeem an item of tangible personal property from a lien securing a dischargeable consumer debt.

    1.   The item of personal property to be redeemed is a 2004 Acura RSX Type S which is intended primarily for personal, family or household use.

2.    At the time of filing of this bankruptcy, Debtor valued the vehicle at $8,960.00 based on the following:

    a.    On March 25, 2009, Debtor filed her Chapter 7 Bankruptcy Petition.

    b.    Debtor is the owner of a 2004 Acura RSX Type S.

    c.    In Debtor's opinion, the 2004 Acura RSX Type S, at the time of filing, had a fair market value of approximately $8,960.00. That opinion was based on the vehicle's condition, mileage, accessories and a search on Kelley Blue Book.com.

    d.    At the time of filing, the balance on the secured loan held by Frontier Financial Credit Union was $10,816.00.

    e.    At the time of filing, Debtor also owed Frontier Financial Credit Union $2,562.00 on a credit card issued to her by Frontier Financial Credit Union which Frontier Financial Credit Union claims was also secured by the Acura.

3.    The Security Interests of Frontier Financial Credit Union in said property are dischargeable consumer debts.

4.    After filing this bankruptcy action on March 25, 2009, Debtor continued to timely make all $320.00 payments on the Acura loan each month through January, 2010, and on February 1, 2010, she paid off the balance due on the Acura loan in the amount of $7,050.01, which was the payoff balance given to her by Frontier Financial Credit Union personnel.  (See Exhibits  A & B to the Declaration of Deborah Dumlao filed herewith.)  The payoff amount, combined with all the monthly payments Debtor made between the time of filing through her payoff date, was more than the value of the vehicle.

5.      When Debtor then requested title to her vehicle, Frontier Financial Credit Union refused to give it to her, claiming that the balance on the credit card was also still secured by her vehicle   For the first time, Frontier Financial Credit Union personnel told Debtor that title to the Acura would not be released until that credit card debt was paid in full, notwithstanding the fact that the credit card debt had been listed as an unsecured debt on Schedule F of Debtor's bankruptcy Petition.

WHEREFORE, Debtor moves this Court for an order as follows:

a.      Permitting the Debtor to redeem the Acura for the payoff amount of $7,050.01, which Debtor paid to Frontier Financial on February 1, 2010;

b.      For an order finding that at the time of the payoff, there was no collateral to secure the credit card balance and finding, therefore, that the credit card balance of $2,562.00, and any subsequently accrued interest thereon, was properly and fully discharged in this bankruptcy;

c.      Ordering that Frontier Financial Credit Union turn over clear title to the Acura to Debtor within 15 days of the date of the order granting this motion.

d.      For such other relief as may be just and proper.


DATED:  December 4, 2013


                                   /s/ Patricia Hadfield
                                   Patricia Hadfield
                                   Nevada SBN: 10890
                                   BANKRUPTCY LAW GROUP, PC
                                   200 South Virginia Street, 8th Floor
                                   Reno, NV 89501
                                   Ph: (775) 827-9600
                                   E-mail: PatriciaH@BankruptcyLG.com
                                   Attorney for Debtor