Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
March 11, 2014

MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695
email michaellehners@yahoo.com
Attorney for Defendant
Frontier Financial Credit Union

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

BK-N- 09-50815 -gwz
CHAPTER 7

Hearing Date: 2/27/14
and Time: 2:00 p.m.
Mtn No. _____
Est Time: 15 Minutes
ORDER

IN RE

DEBORAH DUMLAO,

   Debtor(s).
_____/

   THIS MATTER came before the Court on the motion of the Debtor to redeem her 2004 Acura RSX. Michael Lehners, Esq. appeared on behalf of Frontier Financial Credit Union. Patricia Hadfield, Esq. appeared on behalf of the Debtor, Deborah Dumlao. The Court reviewed the matters before it. Good cause appearing therefore, the Court finds and Orders as follows:

   IT IS HEREBY ORDERED that the settlement agreement that the parties reached in Court is hereby approved pursuant to the following terms. The Debtor shall be allowed to redeem her 2002 Acura RSX for the sum of $1,000.00. This sum shall be payable to Frontier Financial Credit Union c/o Michael Lehners, Esq. 429 Marsh Ave., Reno, Nevada 89509 in

1

payments of $100.00 per month. The first payment is due on April 1, 2014 with a like payment on the first of each following month until the $1,000.00 has been paid. The $1,000.00 will not bear interest. Upon payment in full by the Debtor of the $1,000.00, Frontier Financial Credit Union shall endorse the certificate of title to the Acura and deliver it to the Debtor.

IT IS FURTHER ORDERED that if the Debtor defaults with respect to any of the terms expressed above, Frontier Financial Credit Union shall give the Debtor notice of the default in writing by regular mail addressed to 225 E. Surge Street, Reno, Nevada 89506 with a copy sent by regular mail to Debtor's counsel, Patricia Hadfield. In the event that the Debtor fails to cure said default within 15 days from the date such notice was set out, Secured Creditor shall file an affidavit of non-compliance with the Bankruptcy Court. At that time Secured Creditor shall have the right to accelerate all amounts due on the credit card obligation, repossess and sell the 2004 Acura RSX. Under no circumstances may Frontier Financial attempt to collect any deficiency balance from the Debtor in the event of a default. It's sole remedy is to pursue its collateral.

Approved/Disapproved

Dated: _____     Dated: _____

Michael Lehners, Esq.                Patricia Hadfield, Esq.
Attorney for Secured Creditor        Attorney for the Debtor
Frontier Financial Credit Union      Deborah Dumlao

# # #

payments of $100.00 per month. The first payment is due on April 1, 2014 with a like payment on the first of each following month until the $1,000.00 has been paid. The $1,000.00 will not bear interest. Upon payment in full by the Debtor of the $1,000.00, Frontier Financial Credit Union shall endorse the certificate of title to the Acura and deliver it to the Debtor.

IT IS FURTHER ORDERED that if the Debtor defaults with respect to any of the terms expressed above, Frontier Financial Credit Union shall give the Debtor notice of the default in writing by regular mail addressed to 225 E. Surge Street, Reno, Nevada 89506 with a copy sent by regular mail to Debtor's counsel, Patricia Hadfield. In the event that the Debtor fails to cure said default within 15 days from the date such notice was set out, Secured Creditor shall file an affidavit of non-compliance with the Bankruptcy Court. At that time Secured Creditor shall have the right to accelerate all amounts due on the credit card obligation, repossess and sell the 2004 Acura RSX. Under no circumstances may Frontier Financial attempt to collect any deficiency balance from the Debtor in the event of a default. It's sole remedy is to pursue its collateral.

Dated: _____

Michael Lehners, Esq.
Attorney for Secured Creditor
Frontier Financial Credit Union

Approved/Disapproved

Dated: 3/6/2014

Patricia Hadfield, Esq.
Attorney for the Debtor
Deborah Dumlao

# # #

2

## CERTIFICATION PER LR 9021

In accordance with LR 9021, counsel submitting this document certifies as follows:

____The court has waived the requirement of approval under LR 9021.

_____No parties filed written objections and/or Signature waived at court.

XX ORDER SIGNED OFF BY ALL PARTIES.

_____I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

DATED this _____ day of _____ 2014

_____
Michael Lehners, Esq.
attorney for Movant